**M.E. STAUFFER and Beatrice Stauffer,**
**Plaintiffs/Appellants,**

v.

**Kenneth E. MYLES and Helen J. Myles,**
**Norman L. Faulkner and Vivian Faulk-**
**ner, Brandon McVey and Erma I.**
**McVey, James J. Shelton and Glenda**
**Shelton, Defendants/Respondents.**

**Norman L. FAULKNER and**
**Vivian Faulkner, Third**
**Party Plaintiffs,**

v.

**COMMERCIAL LOCATORS, INC.,**
**Third Party Defendant.**

**No. 62522.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Dec. 7, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 27, 1994.

Application to Transfer Denied
March 22, 1994.

Phillip John Barkett, Jr., Spencer Edwards, Sikeston, for appellant.

John L. Oliver, Jr., Cape Girardeau, Robin Edward Fulton, Fredericktown, Clinton D. Summers, Elizabeth Ann Blaich, Poplar Bluff, for respondent.

Before GARY M. GAERTNER, C.J., and CRIST and REINHARD, JJ.

*ORDER*

PER CURIAM.

We have reviewed the briefs and arguments of the parties, as well as the transcript and the legal file, and find no clear error in the findings of fact and conclusions of law of the trial court. In addition, we find that no jurisprudential purpose would be served by a written opinion. We, therefore, affirm the judgment of the trial court pursuant to Rule 84.16(b). The parties have been provided with a memorandum, solely for their own information, setting forth the reasons for our decision.